# EXHIBIT A-1



FIG. 1

| Cellular and Wireless | Model A1660*<br>Model A1661* | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 27, 28, 29, 30)<br>TD-LTE (Bands 38, 39, 40, 41)<br>TD-SCDMA 1900 (F), 2000 (A)<br>CDMA EV-DO Rev. A  (800, 1900, 2100 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz) |
|---|---|---|
| | Model A1778*<br>Model A1784*<br>Models A1778 and A1784 do not support CDMA networks, such as those used by Verizon and Sprint. | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 18, 19, 20, 25, 26, 27, 28, 29, 30)<br>TD-LTE (Bands 38, 39, 40, 41)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | All models | 802.11ac Wi-Fi with MIMO<br>Bluetooth 4.2 wireless technology<br>NFC with reader mode |

FIG. 2



FIG. 3

Location — Assisted GPS, GLONASS, Galileo, and QZSS
Digital compass
Wi-Fi
Cellular
iBeacon microlocation

FIG. 4

Sensors — Touch ID fingerprint sensor
Barometer
Three-axis gyro
Accelerometer
Proximity sensor
Ambient light sensor

FIG. 5

## How to use the Do Not Disturb while driving feature

With iOS 11, your iPhone can sense when you might be driving and prevent notifications.

The first time your iPhone running iOS 11 senses that you might be driving, it shows a description of the Do Not Disturb while driving feature after you stop. (This description appears only in certain countries; if it doesn't appear, follow the steps below to enable the feature.)

Tap Turn On While Driving, and it will turn on automatically when your iPhone connects to your car via Bluetooth[1] or when your iPhone senses driving motion. You can change the method your iPhone uses to determine whether you're driving, or turn the feature on manually.

FIG. 6

## What to expect while it's active

Here's what to expect when Do Not Disturb while driving is turned on. You can customize many of these features in Settings.

- Your iPhone stays silent and the screen stays dark. If someone sends you a message, they receive an automatic reply letting them know that you're driving. If the message is important, the sender can type the word "urgent" to make sure that you receive a notification. Then you can pull over to read their important message or ask Siri to read it to you.
- iPhone delivers some notifications, such as emergency alerts, timers, and alarms.
- Phone calls are delivered using the same conditions as standard Do Not Disturb: You can allow calls only from your Favorites, and allow calls to come through if the same person calls twice in a row. If your iPhone connects to your car via Bluetooth, calls will come through as usual, and you can use your car's buttons, microphones, and speakers to take your call.
- If you use Maps to navigate, your iPhone still shows lock-screen navigation help and gives turn-by-turn instructions.
- If you're a passenger and you try to use your iPhone while the feature is active, you must tap I'm Not Driving to turn it off.

FIG. 7



### Do Not Disturb.
### When you're driving, just drive.

iPhone can now sense when you might be driving and help keep you from being distracted by calls, text messages, and notifications. People trying to message you can automatically be notified that you're driving.

FIG. 8



FIG. 9