# EXHIBIT D-1



FIG. 1



FIG. 2



FIG. 3

## What to expect while it's active

Here's what to expect when Do Not Disturb while driving is turned on. You can customize many of these features in Settings.

- Your iPhone stays silent and the screen stays dark. If someone sends you a message, they receive an automatic reply letting them know that you're driving. If the message is important, the sender can type the word "urgent" to make sure that you receive a notification. Then you can pull over to read their important message or ask Siri to read it to you.
- iPhone delivers some notifications, such as emergency alerts, timers, and alarms.
- Phone calls are delivered using the same conditions as standard Do Not Disturb: You can allow calls only from your Favorites, and allow calls to come through if the same person calls twice in a row. If your iPhone connects to your car via Bluetooth, calls will come through as usual, and you can use your car's buttons, microphones, and speakers to take your call.
- If you use Maps to navigate, your iPhone still shows lock-screen navigation help and gives turn-by-turn instructions.
- If you're a passenger and you try to use your iPhone while the feature is active, you must tap I'm Not Driving to turn it off.

FIG. 4

Location

Assisted GPS, GLONASS, Galileo, and QZSS
Digital compass
Wi-Fi
Cellular
iBeacon microlocation

FIG. 5

Sensors

Touch ID fingerprint sensor
Barometer
Three-axis gyro
Accelerometer
Proximity sensor
Ambient light sensor

FIG. 6



FIG. 7